Date: 09/08/09                                                                                                Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2010 Dated 09/08/09

Case Number 08-36537 - MIHM, STEVEN M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>4034 OR 6544 | 000008 | 112.08 | 3.44 |
| Remittance Total | | 112.08 | 3.44 |

MICHAEL J. IANNACONE, Trustee

Rec# 1299

RECEIVED
09 SEP 11 AM 10: 53
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1                                                          Printed: 09/08/09 12:54 PM   Ver: 15.00a